

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2021

No. 04-20-00273-CV

**THE HELPFUL COMPUTER GUY, LLC**,
Appellant

v.

Christina **WHIPPLE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV05563
Honorable J Frank Davis, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. The appellant's reply brief is deemed filed.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court